IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 02-93 (ML) |
| v. | ) | In Violation of Title 8, |
| | ) | U.S.C. §§ 1324(a)(1)(A)(v)(I) |
| | ) | and 1324(b) |
| ENRIQUE MONTES, | ) | |
| EDUARDO VALENCIA-CHAVEZ and | ) | |
| JOSE ELVER CHAVEZ-PEREZ | ) | |

RECEIVED
MAY 02 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

FINAL ORDER OF FORFEITURE

WHEREAS, on May 22, 2003, this court entered a preliminary forfeiture order with respect to the defendant's interest in four thousand one hundred sixty five dollars ($4,165.00) in U.S. currency and U.S. Postal Service money orders and eighty thousand two hundred and fifty (80,250) Mexican pesos;

AND WHEREAS, on December 9, 16, and 23, 2004, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of said property in accordance with the law and further notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed to the above-referenced property;

It is hereby

ORDERED, ADJUDGED and DECREED

That the four thousand one hundred sixty five dollars ($4,165.00) in U.S. currency and U.S. Postal Service money orders and

eighty thousand two hundred and fifty (80,250) Mexican pesos is forfeited to the United States of America, and the United States Marshal is authorized to dispose of said property according to law.

BY ORDER:

6.3.05

ENTER:

MARY M. LISI 6/2/05
United States District Judge